1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   NICOLE KIM (NYBN 4435806)
5  Assistant United States Attorney

6     450 Golden Gate Ave.
      San Francisco, California  94102
7     Telephone:  (415) 436-7249
      Fax:  (415) 436-6982
8     E-Mail:    andrew.scoble@usdoj.gov
                 nicole.kim@usdoj.gov
9
   Attorneys for Plaintiff
10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

15

16
   UNITED STATES OF AMERICA,        )    No.: CR 06-0428 SI
17                                  )    No.: CR 05-0375 SI
          Plaintiff,                )    No.: CR 06-0426 SI
18                                  )
       v.                           )    STIPULATION  CONTINUING
19                                  )    HEARING; AND [PROPOSED] ORDER
   EDWIN TOY,                       )
20                                  )
          Defendant.                )
21  _____ )

22

23                                  STIPULATION

24      The parties, through undersigned counsel, STIPULATE that the hearing for change of

25 plea in the above-described cases, which is currently set for January 18, 2008, may – with the

26 Court's concurrence –  be continued to February 29, 2008 at 11:00 a.m.  The parties request this

27 continuance because they have not yet agreed upon all the terms for the written plea agreement,

28 including (1) the precise counts to which the defendant will enter guilty pleas and which will be

   STIPULATION; ORDER                    1

dismissed in the remaining case(s); (2) the government's requirement that the defendant enter a plea to a charge of structuring deposits; and (3) the amounts and bases of criminal forfeiture. The government has had to conduct further analysis of records of the defendant's business, to determine funds for potential forfeiture and the legal bases therefor. Unfortunately, this process is not yet complete. However, the parties represent that they are working on the written plea agreement and anticipate that the change of plea can go forward on the proposed new date.

Dated: 1/11/08        JOSEPH P. RUSSONIELLO
                      United States Attorney

                            /s/
                      ANDREW M. SCOBLE
                      NICOLE KIM
                      Assistant United States Attorneys

Dated: 1/11/08              /s/
                      DENNIS ROBERTS
                      Attorney for Defendant

Dated: 1/11/08              /s/
                      GAIL SHIFMAN
                      Attorney for Defendant

## [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The change of plea in the above-described cases is continued to Friday, February 29, 2008 at 11:00 a.m.

Dated:                      /s/ Susan Illston
                      HON. SUSAN ILLSTON
                      United States District Judge